IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. SAG-20-0196 |
| v. | * |
| | * (False Statement to a Bank, 18 U.S.C. |
| DOGAR SINGH, | * § 1014) |
| | * |
| Defendant | * |
| | * |

*******

# INFORMATION

## COUNT ONE

The United States Attorney for the District of Maryland charges that:

In or about April 2019, in the District of Maryland, the defendant,

**DOGAR SINGH,**

knowingly made a false statement for the purpose of influencing the actions of Bank 1 (a financial institution as defined by 18 U.S.C. § 20 in that it was an insured depository institution as defined in Section 3(c)(2) of the Financial Deposit Insurance Act) in connection with opening an account in the name of Dogar Logistics, Inc. that **SINGH** claimed was for a legitimate business purpose when, in fact, Dogar Logistics, Inc. was a shell business that **SINGH** created and opened bank accounts for to receive fictitious and unauthorized point of sale merchant credits, including from the business Al Madina Kabob in Woodlawn, Maryland.

18 U.S.C. § 1014

_Evelyn L. Cusson_
Digitally signed by EVELYN CUSSON
Date: 2024.08.20 06:57:01 -04'00'

EREK L. BARRON
UNITED STATES ATTORNEY

8/20/2024
_____
Date